No. 7211.

THE STATE EX REL. J. M. WEYMOUTH VS. ALLEN JUMEL, AUDITOR.

When the State has made an appropriation for the purpose of refunding moneys paid into the Treasury through error, the Auditor cannot rightly refuse to warrant for such sums in favour of those who shew themselves entitled to them.

APPEAL from the Fifth District Court of New Orleans.    ROGERS, J.

*Bartlette* and *Bryon* for Relator.    The Assistant Attorney-General for Respondent Appellant.

In 1856 C. Roselius, receiver of the N. O. Drainage Co., paid into the State treasury $24,000.00 for account of the State's share in the stock.    In 1866, the Legislature directed all sums paid into its treasury by the receiver of this company to be refunded.    In 1871 the Legislature appropriated $50,000.00 for reimbursement of moneys paid into the treasury through error.    There remains $30,000.00 of this sum undrawn.    The relator is the receiver of that company, successor to Mr. Roselius.    The proceeding is by *mandamus*, which the lower court made peremptory.

SPENCER, J., delivered the opinion affirming the judgment.